UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

VICTOR JEROME BLANEY,

    Plaintiff,

v.                                           Case No. 3:18cv157-RV-CJK

CALEB D. HENDERSON, et al.,

    Defendants.

_____/

## REPORT AND RECOMMENDATION

On February 21, 2018, the court ordered plaintiff to, within 30 days: (1) sign and return to the clerk the Notice of a Lawsuit and Request to Waive Service of a Summons forms; and (2) submit two identical service copies of the complaint (doc. 1). (Doc. 7). Plaintiff returned the signed waiver forms but did not submit two service copies of the complaint. (Doc. 10). On April 16, 2018, the court ordered plaintiff to show cause why this case should not be dismissed due to his failure to submit the service copies. (Doc. 11). Instead of submitting the service copies or responding to the show cause order, plaintiff filed a motion for assistance of counsel. (Doc. 12). In the order denying the motion, the court gave plaintiff 21 additional days to: (1) submit two service copies of the complaint; or (2) submit $7.00 for the clerk to prepare the service copies for plaintiff. (Doc. 13). Plaintiff was advised that a failure to comply with the order as instructed would result in a recommendation

that this case be dismissed.  To date, plaintiff has not submitted the service copies or $7.00.

Accordingly, it is respectfully RECOMMENDED:

1. That this case be DISMISSED WITHOUT PREJUDICE due to plaintiff's failure to prosecute and/or failure to comply with an order of the court.

2. That the clerk be directed to close the file.

At Pensacola, Florida, this 7th day of June, 2018.

*/s/ Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.
UNITED STATES MAGISTRATE JUDGE**

NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations may be filed within 14 days after being served a copy thereof.  Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.  A copy of objections shall be served upon the Magistrate Judge and all other parties. A party failing to object to a Magistrate Judge's findings or recommendations contained in a report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.  *See* 11th Cir. R. 3-1; 28 U.S.C. § 636.

Case No. 3:18cv157-RV-CJK